# Court of Appeals
# of the State of Georgia

ATLANTA,    May 09, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1730.  DWIGHT EDWARD HOLLOMAN v. ADAMS.**

Dwight Edward Holloman has filed a direct appeal from an order finding him in contempt for failure to pay previously ordered child support.  Pursuant to OCGA § 5-6-35 (a) (2), however, appeals in domestic relations cases must be taken by application for discretionary appeal.  Because Holloman failed to follow the proper appellate procedure, this appeal is DISMISSED for lack of jurisdiction. See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/09/2012
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.



, *Clerk.*